# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 21-2136V
UNPUBLISHED

| | |
|---|---|
| JULIA ADAMCZYK,<br><br>                Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>                Respondent. | Chief Special Master Corcoran<br><br>Filed: September 27, 2022<br><br>Special Processing Unit (SPU);<br>Ruling on Entitlement; Concession;<br>Table Injury; Influenza Vaccine;<br>Vasovagal Syncope |

*John A. Adamczyk*, Adamczyk Law Offices, L.L.P., Pittsburg, PA, for Petitioner.

*Katherine Carr Esposito*, U.S. Department of Justice, Washington, DC, for Respondent.

**RULING ON ENTITLEMENT**[1]

On November 5, 2021, Eric Adamczyk, parent and legal guardian of J.A., a minor, and J.A., in her own right, filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). J.A., or Julia Adamczyk, is now the petitioner in this matter. Petitioner alleges that she suffered "injuries, including skull fracture and concussion, resulting from adverse effects of Fluarix Quadrivalent PFS ("flu") vaccination received on November 11, 2018." Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On September 26, 2022, Respondent filed his Rule 4(c) report in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Rule 4(c) Report at 1. Specifically, Respondent agrees that "[P]etitioner has satisfied the criteria set

---

[1] Because this unpublished Ruling contains a reasoned explanation for the action in this case, I am required to post it on the United States Court of Federal Claims' website in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755.  Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

forth in the revised Vaccine Injury Table ("Table") and the Qualifications and Aids to Interpretation ("QAI."). *Id.* at 8. Respondent further agrees that Petitioner experienced six months of residual effects. *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master